**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Dannie P. Garrett, III
Attorney at Law
635 Main St., Unit #3
Baton Rouge LA 70801

> Judgment on rehearing rendered and mailed to all parties or counsel of record on July 26, 2023

**REHEARING ACTION: July 26, 2023**

**Docket Number: 23   00398-CA**

**GLENN GOUDEAU**
**VERSUS**
**AVOYELLES PARISH POLICE JURY**

**Appealed from Avoyelles Parish Case No. 2023-1077-B**

**BEFORE JUDGES:**

**Hon. Elizabeth A. Pickett**
**Hon. D. Kent Savoie**
**Hon. Sharon Darville Wilson**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Glenn Goudeau** has this day been

**DENIED.**

cc: Stacy Christopher Auzenne, Counsel for the Appellant